# Court of Appeals
# of the State of Georgia

ATLANTA, __January 30, 2018__

*The Court of Appeals hereby passes the following order:*

**A18A0929. EDITH GITTENS v. REGINALD GITTENS.**

On July 24, 2017, the trial court entered a final judgment and decree of divorce between Reginald Gittens and Edith Gittens. On August 25, 2017, Edith Gittens filed a notice of appeal of the divorce decree in the trial court. Edith Gittens filed an amended notice of appeal of the same order on September 18, 2017 and again on December 1, 2017. We, however, lack jurisdiction.

Where, as here, the underlying action involves rights and obligations arising out of a divorce decree, the case is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2). See *Walker v. Estate of Mays*, 279 Ga. 652, 653 (1) (619 SE2d 679) (2005). Appeals in such matters must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (2), (b); accord *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017) (an appeal in a domestic relations case in which child custody is not at issue must be brought by discretionary application). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991).

Even if Edith Gittens had a right of direct appeal, this appeal is untimely. To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Because Edith Gittens did not file her first notice of appeal until 32 days after the entry of the order she seeks to appeal, her appeal is untimely.

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   01/30/2018*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*